**Order entered October 27, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-17-00208-CV

### TUNAD ENTERPRISES, INC., Appellant

### V.

### MARTIN PALMA D/B/A LIZ PIZZA, Appellee

**On Appeal from the 417th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 417-00618-2016**

## ORDER

Before the Court is each party's suggestion of bankruptcy notifying this Court that appellant has filed for bankruptcy in United States Bankruptcy Court for the Eastern District of Texas. This automatically suspends further action in this appeal. *See* TEX. R. APP. P. 8.2.

Accordingly, we **ABATE** this appeal. It may be reinstated on prompt motion by any party complying with Rule 8.3 and specifying what further action, if any, is required from this Court. *See* TEX. R. APP. P. 8.3.

/s/    ELIZABETH LANG-MIERS
       JUSTICE